**January 10, 1956**

*Terrazzo & Marble Supply Co., Inc.* v. *United States* (No. 4854).—Colored glass articles—Enamel glass tiles or tiling.

**April 11, 1956**

*United States* v. *Gold-Silver & Co.* (No. 4873).—Miniature pistols with ramrods—Articles designed to be worn on the person, manufactures of metal, not plated with platinum, gold, or silver.

**September 28, 1956**

*United States* v. *M. Pressner & Co.* (No. 4892).—Articles, personal adornment (Dime savings banks).